UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>                Plaintiff,<br><br>     v.<br><br>DENNIS DOREN,<br><br>                Defendant. | Case No. C08-5471 BHS/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Before the Court is Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the State of Washington Department of Social and Health Services' Special Commitment Center, located at McNeil Island, and does not appear to have funds available to afford the $350.00 court filing fee.

    The Clerk is directed to mail a copy of this Order to Plaintiff.

    DATED this 27th day of August, 2008.

                                                          Karen L. Strombom
                                                          United States Magistrate Judge