UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS DOREN,<br><br>    Defendant. | Case No. C08-5471BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 15), and Plaintiff's Motion for Declaratory and Injunctive Relief (Dkt. 16). The Court has considered the Report and Recommendation, Plaintiff's failure to file objections, Plaintiff's pleading in support of his motion, and the remaining record.

On July 14, 2008, Plaintiff filed an application to proceed in forma pauperis and submitted a proposed complaint. Dkt. 1. On September 19, 2008 and September 30, 2008, Plaintiff filed motions to withdraw this action. Dkts. 13 and 14. On October 17, 2008, Judge Strombom issued a Report and Recommendation concluding that the "Court should dismiss this action as Plaintiff has voluntarily requested dismissal." Dkt. 15. Plaintiff did not file an objection to that Report and Recommendation. On October 29, 2008, Plaintiff filed a Motion for Declaratory and Injunctive Relief. Dkt. 16.

ORDER – 1

A Plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal. Fed. R. Civ P. 41(a)(1). Plaintiff filed two notices of dismissal and, therefore, this action shall be dismissed. Plaintiff's motion is denied as moot.

Therefore, it is **ORDERED** that:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** because Plaintiff voluntarily dismissed this action; and

(3) Plaintiff's Motion for Declaratory and Injunctive Relief (Dkt. 16) is **DENIED**.

DATED this 21st day of November, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2