# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS

JUDGMENT IN A CIVIL CASE

v.

DENNIS DOREN

CASE NUMBER: C08-5471BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

This action is **DISMISSED** because Plaintiff voluntarily dismissed this action; and

Plaintiff's motion for declaratory and injunctive relief [Dkt. 16] is **DENIED**.

| November 24, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk